## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| ROGER LEE CONNER, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:17-CV-87 (MTT) |
| GEO RIVERBEND CORRECTIONAL FACILITY, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

## ORDER

Before the Court are two Recommendations from United States Magistrate Judge Thomas Q. Langstaff, one pursuant to a preliminary screening under 28 U.S.C. § 1915A(a) and another to dismiss for lack of jurisdiction. Docs. 12; 22. In the screening Order and Recommendation, the Magistrate Judge allowed Plaintiff Roger Conner's deliberate indifference claim against Defendant Bailey to proceed for further factual development and recommended that Plaintiff's claims against Defendants Geo Riverbend Correctional Facility and Warden Fredrick Head be dismissed without prejudice. Doc. 12 at 1. Plaintiff did not object to the Recommendation. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. Thus, the Recommendation is **ADOPTED** and made the Order of this Court.

In the second Recommendation, the Magistrate Judge recommends dismissing Plaintiff's request to have his medical file be turned over to the Court, which the Magistrate Judge construes as a petition for a writ of mandamus, because the Court

lacks jurisdiction to compel action from state officials. Doc. 22 at 1-2. Plaintiff has not objected to the second Recommendation. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. Thus, the Recommendation is **ADOPTED** and made the Order of this Court.

Accordingly, Plaintiff's deliberate indifference claim against Defendant Bailey may proceed for further factual development and his claims against Defendants Geo Riverbend Correctional Facility and Fredrick Head are **DISMISSED without prejudice**. Plaintiff's "Motion for the Court to Order Medical File to be Turned Over to the Court" (Doc. 10) is **DENIED**.

**SO ORDERED,** this 11th day of December, 2017.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT