```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF GEORGIA
                          MACON DIVISION
```

| | |
|---|---|
| ROGER LEE CONNER, JR., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   CIVIL ACTION NO. 5:17-CV-87 (MTT) |
| | ) |
| GEO RIVERBEND CORRECTIONAL | ) |
| FACILITY, *et al.*, | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## ORDER

United States Magistrate Judge Thomas Q. Langstaff recommends dismissing without prejudice the Plaintiff's case for failure to prosecute and failure to comply with the Court's orders. Doc. 27 at 3. In the screening Order entered on December 11, 2017, the Court allowed the Plaintiff's deliberate indifference claim against Defendant Bailey to proceed for further factual development and dismissed without prejudice the Plaintiff's claims against the remaining Defendants. Doc. 23 at 2. But before the screening Order was entered, Defendant Bailey filed a motion to dismiss the Plaintiff's claims on October 27, 2017. Doc. 18. The Plaintiff did not respond to that motion. On January 19, 2018, Defendant Bailey filed a motion to dismiss for failure to prosecute the case. Doc. 24. Subsequently, the Magistrate Judge entered an order, notifying the Plaintiff of the Defendant's motion to dismiss and directing him to respond. Doc. 26.

Again, the Plaintiff did not respond nor has he objected to the Recommendation to dismiss his case for failure to prosecute and failure to comply with the Court's orders.[1]

The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. Thus, the Recommendation is **ADOPTED** and made the Order of this Court. Accordingly, the Plaintiff's case is **DISMISSED without prejudice**.

**SO ORDERED,** this 30th day of March, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

---

[1] The Magistrate Judge notes that the Plaintiff's last contact with the Court was on August 16, 2017, when the Plaintiff filed his recast complaint. Doc. 27 at 1. It appears the Plaintiff has abandoned his case.